FILED

2006 Aug-29  AM 09:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HASANI WALKER, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. CV 03-S-1584-S |
| | ) |
| WARDEN RALPH HOOKS, | ) |
| ET AL., | ) |
| | ) |
|     Respondents. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on July 25, 2006, recommending that the petition for writ of habeas corpus be denied.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be, and they hereby are ADOPTED, and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be  DENIED.  A Final Judgment will be entered.

DONE this 29th day of August, 2006.

United States District Judge